IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID E. ZIPPERER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4105

_____/

Opinion filed October 12, 2015.

An appeal from the Circuit Court for Duval County.
Russell L. Healey, Judge.

Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Bureau Chief, and Jessica DaSilva, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

David Zipperer appeals an order dismissing his timely pro se motion to withdraw his guilty plea to battery on a law enforcement officer. The motion is identical to the one at issue in *Zipperer v. State*, No. 1D14-4101 (Fla. 1st DCA Oct.

____, 2015), where we affirmed the trial court's order. For the same reasons, we affirm the order on appeal in this case.

AFFIRMED.


MARSTILLER, RAY, and SWANSON, JJ., CONCUR.